# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>ONE SAMSUNG CELLULAR PHONE | )<br>)<br>) Case No. 1:24MJ 545<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Middle_____ District of _____North Carolina_____
*(identify the person or describe the property to be searched and give its location):*
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before December 20, 2024 *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Joi Elizabeth Peake_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12/6/2024 1:37 pm         *Joi Elizabeth Peake*
                                                                 *Judge's signature*

City and state: Winston-Salem, North Carolina    Joi Elizabeth Peake, U.S. Magistrate Judge
                                                                 *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>1:24MJ **545** | Date and time warrant executed:<br>**12-09-2024 11:29am** | Copy of warrant and inventory left with:<br>**With Evidence** |
| Inventory made in the presence of: **One Samsung Cellular Telephone** | | |

Inventory of the property taken and name(s) of any person(s) seized:

Digital Media taken from Electronic Forensic Examination of one Samsung Cellular telephone

"See attached FD-597 with highlighted item"

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12-17-2024

FBI TFO Garrett Marshall
*Executing officer's signature*

FBI TFO Garrett Marshall
*Printed name and title*

## ATTACHMENT A

The property to be searched is a black Samsung cellphone, hereinafter the Subject Device. The Subject Device is currently located at an FBI office at 1801 Stanley Road in Greensboro, North Carolina. The Subject Device was recovered by law enforcement on December 8, 2023. This warrant authorizes the forensic examination of the Subject Device for the purpose of identifying the electronically stored information described in Attachment B.




## ATTACHMENT B

1. All records and information on the Subject Device described in Attachment A that constitute evidence, contraband, fruits, and instrumentalities of a violation of Title 18 U.S.C. § 2113(a) in the form of the following:

   a. records and information referencing or revealing the identity of the individual who robbed the Truist Bank branch in Pilot Mountain, North Carolina on December 6, 2023;

   b. records and information referencing or revealing the preparation and planning of the Truist Bank branch robbery in Pilot Mountain, North Carolina on December 6, 2023;

   c. records and information referencing or revealing the motive for the Truist Bank branch robbery in Pilot Mountain, North Carolina on December 6, 2023;

   d. records and information referencing or revealing the location of the proceeds of the Truist Bank branch robbery in Pilot Mountain, North Carolina on December 6, 2023;

   e. records and information referencing or revealing items used during the Truist Bank branch robbery in Pilot Mountain, North Carolina on December 6, 2023, including clothing worn and vehicles used; and

   f. records and information referencing or revealing conspirators involved in the Truist Bank branch robbery in Pilot Mountain, North Carolina on December 6, 2023.

2. Evidence of user attribution showing who used or owned the Subject Device on or about December 6, 2023, and at the time the things described in this warrant were created, edited,

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 9IA-CE-3851579

On (date): 11-20-24

item(s) listed below were:
- ☐ Collected/Seized
- ☒ Received From
- ☐ Returned To
- ☐ Released To

(Name) Stokes County Sheriff's Office, Det B. Smith, Det S Pegram

(Street Address) 1012 Main Street, Danbury

(City) Danbury NC 27016

Description of Item(s): Evidence items from case 23-05720

1 - Toboggan
1 - Sunglasses
2 - Pants
1 - Nokia Cellular Telephone Blue
1 - LG Cellular Telephone Wht/Blk
1 - Samsung Cellular Telephone
1 - Black Backpack

Received By: [signature] FBI
(Signature)

Printed Name/Title: Garrett Marshall - FBI

Received From: [signature]
(Signature)

Printed Name/Title: [illegible]